HOWARTH & SMITH
DON HOWARTH, State Bar No. 53783
  dhowarth@howarth-smith.com
SUZELLE M. SMITH, State Bar No. 113992
  ssmith@howarth-smith.com
KATHRYN LEE BOYD, State Bar No. 189496
  lboyd@howarth-smith.com
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile:  (213) 622-0791

Attorneys for Plaintiff
LAWRENCE B. LOCKWOOD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE B. LOCKWOOD, PANIP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEPPARD, MULLIN, RICHTER &HAMPTON, LLP, JONATHAN HANGARTNER, STEVE P. HASSID,<br><br>Defendants. | CASE NO.  CV09-5157 JFW (AGRx)<br><br>The Honorable John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 07-08** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  I, KATHRYN LEE BOYD, am lead trial counsel, along with Don Howarth
2  and Suzelle M. Smith of Howarth & Smith for Plaintiffs. I notify the Court that
3  counsel have registered as an "ECF User." Our e-mail addresses are as follows:
4      1.    lboyd@howarth-smith.com
5      2.    dhowarth@howarth-smith.com
6      3.    ssmith@howarth-smith.com
7  I also consent for us for service and receipt of filed documents by electronic
8  means.

Dated: July 23, 2009

Respectfully Submitted,

HOWARTH & SMITH
DON HOWARTH
SUZELLE M. SMITH
KATHRYN LEE BOYD

By: /s/ Katherine Lee Boyd

Attorneys for Plaintiffs
LAWRENCE B. LOCKWOOD, PANIP, LLC

2

09:P2237332.doc

DECLARATION OF LEAD TRIAL COUNSEL