**EXHIBIT 22**



# PANIP DEFENDANTS PREPARE TO FIGHT BACK

### Who is PANIP?

Why is PANIP suing these small companies?

**Current list of companies that have been or are being sued by PANIP**

View copy of original lawsuit filing (1.8 mb)

### LATEST PRESS

Souther California District Court web site

## We are you!

If you own or operate an e-commerce web site then you are us. And you need to know that a company in San Diego, Pangea Intellectual Properties (PANIP LLC) is suing companies all across the country.

They claim that if you use graphical and textural information on a video screen for purposes of making a sale, then you are infringing on their patent. US Patent No 65,576,591. And if you accept information to conduct automatic financial transactions via a telephone line & video screen, you're infringing on their patent. US Patent No. 6,289,319



# PANIP DEFENDANTS PREPARE TO FIGHT BACK

## Who is PANIP?

Why is PANIP suing these small companies?

**Current list of companies that have been or are being sued by PANIP**

View copy of original lawsuit filing (1.8 mb)

## LATEST PRESS

Souther California District Court web site

### PANIP CONTACT & LEGAL INFO

**MAILING ADDRESS:**

PanIP (Pangea Intellectual Properties, LLC)
329 Laurel Street
San Diego, California 92101-1630 USA

PHONE: 858-454-7095
EMAIL: rmercado37@yahoo.com, info@panip.com
FAX: 858-454-4358

---

**PANIP LEGAL ADVISOR:**

Kathleen M. Walker
3421 Thorn Street
San Diego, California 92104
PHONE: 619-255-0987
FAX: 619-255-0986
EMAIL: kwalkerlaw@cox.net

---

**LP/LLC INFORMATION:**

PANIP, LLC
NUMBER: 200207410071
DATE FILED: 3/12/2002
STATUS: Active
JURISDICTION: California
AGENT FOR SERVICE OF PROCESS:
William G Wilhelm
(858) 551-8299
CALIFORNIA STATE BUSINESS INFORMATION:
http://kepler.ss.ca.gov/corpdata/ShowLpllcAllList?QueryLpllcNumber=200207410071

---

**RESEARCH TEAM:**

CHI Research Inc.
10 White Horse Pike
Haddon Heights, NJ 08035 USA
PHONE: (856) 546-0600
FAX: (856) 546-9633
EMAIL: info@chiresearch.com

WEBSITE: www.panip.com



# PANIP DEFENDANTS PREPARE TO FIGHT BACK

### Who is PANIP?

Why is PANIP suing these small companies?

**Current list of companies that have been or are being sued by PANIP**

View copy of original lawsuit filing (1.8 mb)

### LATEST PRESS

Souther California District Court web site



PANIP has currently sued over 40 small businesses with no end in sight. The small businesses listed below are being or have been sued by PANIP. If your web site looks or functions anything like those listed below...

## YOU COULD BE NEXT!

**ROUND 1 Panip LLC v. Dickson Supply Co, et al**
DICKSON SUPPLY COMPANY a New Jersey corporation www.dicksonsupply.com
SNOW COUNTRY SKI SHOP a New York corporation www.snowcountrysports.com
FURNITURE AND THINGS a Minnesota corporation www.furnitureandthings.com
FABRIC DEPOT a Oregan corporation www.fabricdepot.com
BACKCOUNTRY EXPERIENCE a Colorado corporation www.bcexpo.com
ELECTRONIC EXPRESS a Tennessee corporation www.electronicsexpress.com
CP INDUSTRIES a New York corporation www.thecamerazone.com
PEEKAY INC a Washington corporation website unknown
ABE'S ELECTRONIC CENTER a New York corporation website unknown
VIDEO AGE INC a Minnesota corporation website unknown

**ROUND 2 Panip LLC v. Katco Industries Inc, et al filed 8/30/02**
KATCO INDUSTRIES, INC., a New York corporation www.cosmeticmall.com
RIGHT ASCENSION, INC., a Pennsylvania corporation website unknown
BRADFORD PUBLISHING COMPANY, a Colorado corporation www.bradforpublishing.com
BRINGE MUSIC CENTER, a Florida corporation www.bringemusic.com
ABLE SUPPLY COMPANY, an Illinois corporation www.ablesupply.com
DELASCO DERMATOLOGIC LAB & SUPPLY, an Iowa corporation www.delasco.com
DEBRAND FINE CHOCOLATES, an Indiana corporation www.debrand.com
ADVANCED BATTERY SYSTEMS, INC.,a Massachusetts corporation www.advanced-battery.com
CHERRY REPUBLIC, INC., a Michigan corporation www.cherryrepublic.com
BORDER BOB'S, a Minnesota corporation www.borderbobsadventures.com

**ROUND 3 Panip LLC v. Beach Photo and, et al filed 9/4/02**
BEACH PHOTO AND VIDEO, a Florida corporation www.beachphoto.com
CR MAGNETICS, INC., a Missouri corporation www.crmagnetics.com
BURRAGE MUSIC CO., INC., a North Carolina Corporation www.burragemusic.com
HOBART SALES AND SERVICES, a Nebraska Corporation www.friscospices.com
ALL AMERICAN COLLECTIBLES, a New Jersey Corporation www.aacsportsmemorabilia.com
AMERICAN CINEMA EQUIPMENT,INC., an Oregon Corporation www.cinequip.com
AMERICAN HEALTH SERVICES, INC.,a Pennsylvania corporation website unknown
CAN-DO NATIONAL TAPE, a Tennessee corporation www.can-dotape.com
SUPERIOR RECHARGE SYSTEMS, INC., a Texas corporation website unknown
ARCADE ELECTRONICS, INC., a Virginia corporation www.arcade-electronics.com

**ROUND 4 Panip LLC v. Aseptico Inc, et al filed 9/11/02**
ASEPTICO, INC., a Washington corporation www.aseptico.com
AMERICAN SCIENCE AND SURPLUS, an Illinois corporation www.sciplus.com
CHARLIE'S PASTRIES, INC., a Florida corporation www.charliespastries.com
KREG TOOL CO., an Iowa corporation www.kregtool.com
ENCORE MUSIC COMPANY, INC., an Indiana corporation www.encoremusic.com
DARTMOUTH PHARMACEUTICALS,INC., a Massachusetts corporation www.ilovemynails.com
SOLDAN'S FEEDS AND PET SUPPLIES, a Michigan corporation www.soldanspet.com
COLORADO ELECTRIC HARDWARE,INC., a Colorado corporation website unknown
HOT SHOTS PRODUCTS CO., a Minnesota corporation website unknown
RIVER CITY MEAT COMPANY, INC.,a Missouri corporation www.rivercitymeat.com

**INTERNET ARCHIVE**
**WaybackMachine**

Enter Web Address: http:// _____ All · [ Take Me Back ] Adv. Search

Searched for http://www.panipdefendants.org                                    **1 Results**

*denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Apr 17, 2009

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 1 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages |

Oct 09, 2002 *

Home | Help

Internet Archive | Terms of Use | Privacy Policy