**EXHIBIT 26**

**Three Dog Bakery**
Missouri
www.threedog.com
Bob Islinger



## Legal Counsel for PanIP Group Defense Fund, Inc.

**Jonathan Hangartner**
Sheppard Mullin Richter &
Hampton LLP
San Diego, CA
www.sheppardmullin.com



**Have Questions or Comments? Contact: fightback@youmaybenext.com**
Site Development & Hosting Donated by TEK Interactive Group, Inc.

Defending the net! We are working on a wiki and will be up shortly.



From the previous site that we will be honoring:

PanIP has dismissed it case against the PanIP Group Defense Fund, Inc. and its individual members in exchange for a waiver of the attorney fee award granted to the PGDF. The PGDF did not take a license of any kind from PanIP.

The validity of both of PanIP's patents (Patent No 5,576,951 & Patent No. 6,289,319) is currently being reviewed by the USPTO in reference to prior art submissions that the PGDF and its legal counsel (Jon Hangartner of Sheppard Mullin Richter & Hampton LLC) submitted during this case.

Due to the fact that the PGDF is no longer involved in a legal dispute with PanIP, the Group will soon be dissolved. We offer our sincere thanks and appreciation to all that supported our efforts. I especially thank the other small business owners who joined with me to make this stand and spent a lot of their hard earned money for a cause that likely benefited numerous other business owners.