1
2
3
4
5
6

HOWARTH & SMITH
DON HOWARTH, State Bar No. 53783
  dhowarth@howarth-smith.com
SUZELLE M. SMITH, State Bar No. 113992
  ssmith@howarth-smith.com
KATHRYN LEE BOYD, State Bar No. 189496
  lboyd@howarth-smith.com
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile:  (213) 622-0791

7
8

Attorneys for Plaintiff
LAWRENCE B. LOCKWOOD

9

UNITED STATES DISTRICT COURT

10

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

LAWRENCE B. LOCKWOOD, PANIP, LLC,

13

                    Plaintiffs,

14

15

        vs.

16

17

SHEPPARD, MULLIN, RICHTER &HAMPTON, LLP, JONATHAN HANGARTNER, STEVE P. HASSID,

18

                    Defendants.

19

20

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  CV09-5157 JFW (AGRx)

The Honorable John F. Walter

**ORDER RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION**

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    IT IS HEREBY ORDERED that the stipulation entered into by the Plaintiffs and

2  Defendants on November 6, 2009 regarding confidentiality agreement and protective

3  order is in effect under the terms therein.

4

5

6  Dated:  November 10, 2009_____

7  _____          HON. ALICIA G. ROSENBERG
                                        UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28