UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence B. Lockwood, et al., | Case No. **CV 09-5157-JFW (AGRx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Sheppard, Mullin, Richter & Hampton, LLP, et al., | |
| Defendant. | |

    The Court, having granted the Defendants' motion to dismiss without leave to amend for the reasons set forth in the Court's Minute Order dated November 24, 2009,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.   Plaintiffs Lawrence B. Lockwood and PanIP, LLC shall recover nothing from any of the named Defendants;

    2.   Defendants Sheppard, Mullin, Richter & Hampton, LLP, Jonathan Hangartner, and Steve P. Hassid shall have judgment in their favor on Plaintiffs' entire action; and

1       3.  Defendants shall recover from Plaintiffs their costs
2  of suit in the sum of $_____.
3
4       The Clerk is ordered to enter this Judgment.
5
6
7  Dated: November 24, 2009         _____
8                                          JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

2