# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2010-1189



LAWRENCE B. LOCKWOOD
and PANIP, LLC,

                                 Plaintiffs-Appellants,

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP,
JONATHAN HANGARTNER, and STEVE P. HASSID,

                                 Defendants-Appellees.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-5157, Judge John F. Walter.   JFW

Authorized Abbreviated Caption[2]

LOCKWOOD V SHEPPARD MULLIN, 2010-1189

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.